IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TITO YOINGCO GARCIA, JR.,

    Plaintiff,

  v.                                   Civil Action No.: 2:17-cv-3159
                                      Magistrate Judge Patrick J. Walsh

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,300.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: March 12, 2018                     _____
                                              Magistrate Judge Patrick J. Walsh